UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon
JILL A. MANZO, ESQ.
SPS2662
bankruptcy@fskslaw.com

| In Re: | Case No.: 22-18231 RG |
|---|---|
| BARBARA L. LANER | Chapter: 7 |
| Debtor(s). | Judge: Honorable Rosemary Gambardella |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon</u>. This party is a party in interest in this case pursuant to a mortgage dated March 18, 2005 and recorded in the Office of the SUSSEX County Clerk/Register on March 31, 2005 in Mortgage Book 6811, Page 66, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                            Counsellors at Law
                            7 Century Drive - Suite 201
                            Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                  **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                  Attorneys for Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon

Dated: <u>October 24, 2022</u>    By:   <u>/S/ JILL A. MANZO</u>
                                              JILL A. MANZO, ESQ.

Case No.: 2218231