UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                  Case No.:  22-18231 (RG)


BARBARA L. LANER,                                       Chapter:   7
                          Debtor.

                                              Judge:      Honorable Rosemary Gambardella

---

### NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court, District of New Jersey
                        P.O. Box 1352
                        Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on February 7, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3E, 50 Walnut Street, Newark, New Jersey.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property located at 18 Quarterhorse Crossing, Sparta, NJ 07871.  The Trustee's realtor estimates the fair market value of the property to be approximately $900,000.00.   Debtor owns 50% of the real property.  Based on the estimated value, liquidation of the property will be of inconsequential value to the creditors.

Liens on property:
First Mortgage held by Select Portfolio Servicing, Inc. in the amount of $925,716.89.

Amount of equity claimed as exempt:
$27,325.00

Objections must be served on, and requests for additional information directed to:


*/s/ Erin J. Kennedy*
Erin J. Kennedy, Attorney for Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email:  ekennedy@formanlaw.com
{F0185420 - 1}