UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.:   22-18231 (RG)

BARBARA L. LANER,                                         Chapter:   7
        Debtor.

                                      Judge:   Honorable Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:  United States Bankruptcy Court, District of New Jersey
>                           P.O. Box 1352
>                           Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on February 7, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3E, 50 Walnut Street, Newark, New Jersey. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> Real Property located at 18 Quarterhorse Crossing, Sparta, NJ 07871. The Trustee's realtor estimates the fair market value of the property to be approximately $900,000.00. Debtor owns 50% of the real property. Based on the estimated value, liquidation of the property will be of inconsequential value to the creditors.

> Liens on property:
> First Mortgage held by Select Portfolio Servicing, Inc. in the amount of $925,716.89.

> Amount of equity claimed as exempt:
> $27,325.00

Objections must be served on, and requests for additional information directed to:

*/s/ Erin J. Kennedy*
Erin J. Kennedy, Attorney for Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email:  ekennedy@formanlaw.com

{F0185420 - 1}

United States Bankruptcy Court
District of New Jersey

In re:  
Barbara L. Laner  
Debtor

Case No. 22-18231-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 06, 2023     Form ID: pdf905     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara L. Laner, 18 Quarterhorse Crossing, Sparta, NJ 07871-3572 |
| aty | | Forman Holt, 66 route 17 North, First Fl, Paramus, NJ 07652 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2023 20:44:55 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 519741349 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2023 20:44:55 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519738868 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 06 2023 20:38:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519738869 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2023 20:45:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519738874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 20:45:33 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519738871 | + | Email/Text: mrdiscen@discover.com | Jan 06 2023 20:38:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519738872 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2023 20:39:00 | GM Financial Leasing, PO Box 78143, Phoenix, AZ 85062-8143 |
| 519738873 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 06 2023 20:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519738875 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 06 2023 20:39:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519738876 | + | Email/Text: documentfiling@lciinc.com | Jan 06 2023 20:38:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519738877 | + | Email/PDF: tbiedi@PRAGroup.com | Jan 06 2023 20:45:23 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519738878 | ^ | MEBN | Jan 06 2023 20:36:41 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: pdf905 | Total Noticed: 16 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519738870 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023             Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

**Name** **Email Address**

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Erin Kennedy
    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com  jkisla@formanlaw.com

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com

Stephen B. McNally
    on behalf of Debtor Barbara L. Laner steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6