Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−18231−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara L. Laner
   18 Quarterhorse Crossing
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−5824

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

   I  Lucinda Chapman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

18 Quarterhouse Crossing, Sparta, NJ 07871


Dated: February 1, 2023
JAN: lc

                                                Jeanne Naughton
                                                Clerk