UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:  22-18231 (RG)

BARBARA L. LANER,                                   Chapter:  7
              Debtor.

                                               Judge:    Honorable Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:  United States Bankruptcy Court, District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on March 7, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3E, 50 Walnut Street, Newark, New Jersey.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> Ladies 14 kt. Yellow gold diamond engagement ring and Ladies 14 kt. yellow gold emerald diamond bracelet weighing 16.3 dwt.  The Trustee's appraiser estimates the fair market value of this jewelry to be approximately $1,950.00.

> Liens on property:
> None.

> Amount of equity claimed as exempt:
> $1,875.00

Objections must be served on, and requests for additional information directed to:

*/s/ Erin J. Kennedy*
Erin J. Kennedy, Attorney for Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email: ekennedy@formanlaw.com

{F0186915 - 1}