Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22–18231–RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara L. Laner
   18 Quarterhorse Crossing
   Sparta, NJ 07871

Social Security No.:
   xxx–xx–5824

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

     I _Lucinda Chapman_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Ladies 14 kt. Yellow gold diamond engagement ring and Ladies 14 kt. yellow gold emerald diamond bracelet

Dated: March 1, 2023
JAN: lc

                                                  Jeanne Naughton
                                                  Clerk